

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. )     Case No.  CR416-353
)
JAVAN MYRICK, )
)
       Defendant. )


UNITED STATES OF AMERICA, )
)
v. )     Case No.  CR417-051
)
NATHANIEL PUGH, )
)
       Defendant )


### ORDER

    Samuel G. Oliver, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

    Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall

proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 26th day of May 2017.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA